O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTINA PALOS,                          )    NO. EDCV 12-00774-MAN
                                          )
              Plaintiff,                   )
                                          )    JUDGMENT
        v.                                )
                                          )
CAROLYN W. COLVIN,[1]                      )
Acting Commissioner of Social             )
Security,                                 )
                                          )
              Defendant.                   )
_____)

        Pursuant to the Court's Memorandum Opinion and Order,

        IT IS ADJUDGED that the decision of the Commissioner of Social Security is affirmed, and

the above-captioned action is dismissed with prejudice.


DATED:  September 12, 2013

                                          _____
                                          MARGARET A. NAGLE
                                          UNITED STATES MAGISTRATE JUDGE

_____

[1]      Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration
on February 14, 2013, and is substituted in place of former Commissioner Michael J. Astrue as the
defendant in this action.  (See Fed. R. Civ. P. 25(d).)